■ DAVID TOWNLEY, Respondent, v EMERSON ELECTRIC CO., Appellant. (Appeal No. 2.) [703 NYS2d 414] —Appeal from order insofar as it denied renewal and/or reargument unanimously dismissed as moot and order modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Townley v Emerson Elec. Co.* (269 AD2d 753 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Amend Pleading.) Present—Green, A. P. J., Hayes, Wisner and Balio, JJ. [*See,* 178 Misc 2d 740.]